UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 21CR03465-H |
| v. | |
| BREHNEN KNIGHT, | **SUPPLEMENTAL** ORDER OF RESTITUTION |
| Defendant. | |

IT IS HEREBY ORDERED:

1. As ordered on January 9, 2024, pursuant to 18 U.S.C. § 3663A(a)(1), Defendant BREHNEN KNIGHT (hereinafter "Defendant") shall pay restitution in the total amount of $71,184.18, as a result of Defendant's conviction for conspiracy to commit securities fraud and manipulative trading, in violation of 18 U.S.C. § 371. (Dkt. No. 44.) Of that amount:

    a. Defendant shall be solely liable for $29,230.92, the ("the ARGW losses").

    b. Defendant shall be jointly and severally liable with ASHMIT PATEL, Case No. 20CR0160-H, for $41,953.26 (the "VRSYF losses").

    c. Any payment made by Defendant towards his restitution shall be applied first to the portion for which Defendant is solely liable, that is,

$29,230.92, then shall be applied to the portion for which he and PATEL are jointly and severally liable, that is, $41,953.26.

    d. The victims for the ARGW losses shall be paid pro rata from Defendant's payment until the ARGW losses are paid in full.

    e. Thereafter, the victims for the VRSYF losses shall be paid pro rata until paid in full by Defendant and/or PATEL.

2. If Defendant pays in full within 30 days of this Supplemental Order, the interest requirement is waived pursuant to 18 U.S.C. 3612(f)(3)(A). If Defendant fails to pay in full within 30 days, interest shall be imposed on the balance of the debt.

3. The remaining terms and conditions of the Restitution Order entered on January 9, 2024 remain in full force and effect.

IT IS SO ORDERED.

DATED: 5/2/2024

                              HON. MARILYN L. HUFF
                              United States District Judge